UNITED STATES of America,
Appellant

v.

Michael WRIGHT and Randall Wright.

No. 10–3552.

United States Court of Appeals,
Third Circuit.

July 11, 2012.

Zane D. Memeger, Esq., Office of United States Attorney, Robert A. Zauzmer, Esq., Office of United States Attorney, Philadelphia, PA, for Appellant.

Mark S. Greenberg, Esq., Lacheen Wittels & Greenberg, Philadelphia, PA, for Michael Wright.

Michael N. Huff, Esq., Philadelphia, PA, for Randall Wright.

Present: McKEE, Chief Judge, SLOVITER, SCIRICA, RENDELL, AMBRO, FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, JR., VANASKIE, and ALDISERT, Circuit Judges.

## ORDER

THEODORE A. McKEE, Chief Circuit Judge.

Upon further consideration, this Court concludes that rehearing *en banc* is not necessary in the above-captioned case. Accordingly, the order of this Court, dated July 6, 2012, ordering rehearing *en banc* is hereby vacated.